UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
FREEHOLD NJ 07728
TEL: 732-866-6655

IN RE:

**LAURENCE HOWARD KAHN**

CASE NO.: 12-13607
HEARING DATE:
JUDGE: CMG

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

Edward Hanratty, Esq., attorney for debtor, Laurence H. Kahn, in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Respectfully Submitted,

Dated: September 22, 2021    **/s/ Edward Hanratty**
EDWARD HANRATTY, ESQ.