UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Edward Hanratty
Edward Hanratty, Esq.(052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
O:732-866-6655
F:732-734-0651
E:thanratty@centralnewjerseybankrutpcylawyer.com

In Re:

LAURENCE HOWARD KAHN

Case No.: 12-13607

Chapter: 13

Judge: CMG

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Edward Hanratty, Esq.__ will be substituted as attorney of record for __Laurence Howard Kahn__, __Debtor__ in this case.[1]

Date: 10/7/21

Signature of Former Attorney

Date: 10/7/21

Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.