UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: 732-866-6655

Order Filed on November 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**LAURENCE HOWARD KAHN**

CASE NO.: 12-13607
HEARING DATE: 11/3/21
JUDGE: CMG

**ORDER ON MOTION TO ENFORCE BANKRUPTCY DISCHARGE OF LIEN AND IMPOSE SANCTIONS ON PNC BANK N.A.**

The relief set forth on the following page  is hereby **ORDERED**.

**DATED: November 12, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that the debtor's motion is hereby:

**ORDERED** that the Mortgage with PNC Bank N.A. in connection to property located at 1636 Shelton Court, Toms River, NJ, 08755, Block 410.08, Lot 9 is fully Satisfied and Discharged Effective March 29, 2017.

**FURTHER ORDERED** that an exemplified copy of this order shall be provided to the Ocean County Clerk for recordation in the property records.

**AND FURTHER ORDERED** that debtors request to impose sanctions on PNC Bank N.A is **DENIED.**