UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 WEST MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: 732-866-6655

IN RE:

**LAURENCE HOWARD KAHN**

Order Filed on November 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 12-13607
HEARING DATE: 11/3/21
JUDGE: CMG

## ORDER ON MOTION TO ENFORCE BANKRUPTCY DISCHARGE OF LIEN AND IMPOSE SANCTIONS ON PNC BANK N.A.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 12, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that the debtor's motion is hereby:

**ORDERED** that the Mortgage with PNC Bank N.A. in connection to property located at 1636 Shelton Court, Toms River, NJ, 08755, Block 410.08, Lot 9 is fully Satisfied and Discharged Effective March 29, 2017.

**FURTHER ORDERED** that an exemplified copy of this order shall be provided to the Ocean County Clerk for recordation in the property records.

**AND FURTHER ORDERED** that debtors request to impose sanctions on PNC Bank N.A is **DENIED.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 12-13607-CMG

Laurence Howard Kahn                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                          Page 1 of 2
Date Rcvd: Nov 12, 2021                Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Laurence Howard Kahn, 1636 Shelton Court, Toms River, NJ 08755-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSMC 2006-2 TRUST bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Nationstar Mortgage LLC 105 Eisenhower Parkway Suite 302, Roseland, New Jersey 07068-0490 cmecf@sternlav.com

Lynn Therese Nolan

on behalf of Creditor Toyota Motor Credit Corporation LNolan@GrossPolowy.com  lnolan@grosspolowy.com

William M.E. Powers

on behalf of Creditor Bank of America  N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor Bank of America  N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ecf@powerskirn.com

TOTAL: 8